In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00385-CR
_____

BRIAN ANTHONY MOORE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 356th District Court
Hardin County, Texas
Trial Cause No. 24896

## MEMORANDUM OPINION

On October 23, 2019, the trial court sentenced Brian Anthony Moore on a conviction for aggravated assault family violence with a deadly weapon. Moore filed a notice of appeal on November 1, 2019. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On November 1, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 3, 2019
Opinion Delivered December 4, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2